# EXHIBIT A

**LEGAL DESCRIPTION**

ALL THAT CERTAIN PLOT, PIECE OR PARCEL OF LAND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE, LYING AND BEING IN THE BOROUGH AND COUNTY OF BRONX, CITY AND STATE OF NEW YORK, BEING A PART OF LOT NO. 57 ON A CERTAIN MAP ENTITLED "MAP OF LAND AT KINGSBRIDGE IN THE 24TH WARD OF THE NEW YORK, BELONGING TO WILLIAM OGDEN GILES" MADE BY STEPHEN S. HAIGHT, C.E. DATED APRIL 24TH, 1886 AND FILED IN THE REGISTER'S OFFICE, NEW YORK COUNTY AS MAP NO. 964 WHICH PART OF SAID LOT NO. 57 IS BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE EASTERLY SIDE OF FORT INDEPENDENCE STREET, 60 FEET WIDE, AT THE INTERSECTION OF THE SOUTHERLY LINE OF LOT NO. 57 ON AFOREMENTIONED MAP AND SAID EASTERLY SIDE OF FORT INDEPENDENCE STREET WHICH POINT OF BEGINNING IS DISTANT 547.30 FEET NORTHEASTERLY SIDE OF SAID FORT INDEPENDENCE STREET WITH THE NORTHERLY SIDE OF GILES PLACE;

RUNNING THENCE EASTERLY ALONG THE SOUTHERLY LINE OF SAID LOT NO. 57 A DISTANCE OF 158.64 FEET TO THE EASTERLY LINE OF SAID LOT NO.57;

THENCE NORTHERLY ALONG THE EASTERLY LINE OF LOT NO. 57 A DISTANCE OF 28.02 FEET TO THE CENTER LINE OF LOT 57;

THENCE WESTERLY ALONG THE CENTER LINE OF LOT NO. 57 A DISTANCE OF 81.57 FEET TO A POINT;

THENCE NORTHERLY ON A LINE DRAWN AT RIGHT ANGLES TO THE LAST MENTIONED COURSE 4.23 FEET;

THENCE WESTERLY ON A LINE FORMING AN EXTERIOR ANGLE WITH THE LAST MENTIONED COURSE 91 DEGREES 19 MINUTES 11 SECONDS A DISTANCE OF 60 FEET TO A POINT;

THENCE NORTHERLY ON A LINE FORMING AN EXTERIOR ANGLE WITH THE LAST MENTIONED COURSE 88 DEGREES 20 MINUTES 49 SECONDS A DISTANCE OF 3.50 FEET;

THENCE WESTERLY ON A LINE DRAWN AT RIGHT ANGLES TO THE LAST MENTIONED COURSE 17 FEET TO THE SAID EASTERLY SIDE OF FORT INDEPENDENCE STREET;

THENCE SOUTHERLY ALONG THE ARC OF A CURVE BEARING TO THE LEFT HAVING A RADIUS OF 2400 FEET A LENGTH OF 16 FEET TO THE POINT OR PLACE OF BEGINNING.

25-342011 - jg