# EXHIBIT D

**SCHEDULE OF ASSIGNMENTS**

The subject Mortgage was assigned to U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-16AX, Mortgage Pass-Through Certificates, Series 2006-16AX, by Assignment of Mortgage recorded on February 20, 2025 in CRFN: 2025000047031.

The subject Mortgage was assigned to PHH Mortgage Corporation, by Assignment of Mortgage recorded on September 30, 2025 in CRFN: 2025000266665.

25-342011 - jg

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2025021300496001001E66D8 |
|---|---|

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|

**Document ID:** 2025021300496001   **Document Date:** 02-10-2025   **Preparation Date:** 02-13-2025
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| NATIONWIDE TITLE CLEARING, LLC<br>2100 ALT 19<br>PALM HARBOR, FL 34683-2620<br>SIERRA.JUDD@COVIUS.COM | PHH MORTGAGE<br>NATIONWIDE TITLE CLEARING LLC 2100 ALT. 19 NORTH<br>PALM HARBOR, FL 34683<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3258 | 63 | Entire Lot | 3372 FT INDEPENDENCE ST |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA
**CRFN:** 2006000264214

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC<br>11819 MIAMI ST 100<br>OMAHA, NE 68164 | BANK OF AMERICA NATIONAL ASSOCIATION AS TRUSTEE<br>5720 PREMIER PARK DRIVE<br>WEST PALM BEACH, FL 33407 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 42.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   02-20-2025 09:27
City Register File No.(CRFN):
2025000047031

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2025021300496001001C6458 |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**   PAGE 2 OF 3

**Document ID:** 2025021300496001    **Document Date:** 02-10-2025    **Preparation Date:** 02-13-2025
Document Type: ASSIGNMENT, MORTGAGE

### PARTIES

**ASSIGNOR/OLD LENDER:**
LEND AMERICA
11819 MIAMI ST 100
OMAHA, NE 68164

### PARTIES

**ASSIGNEE/NEW LENDER:**
LASALLE BANK NATIONAL ASSOCIATION
5720 PREMIER PARK DRIVE
WEST PALM BEACH, FL 33407

**ASSIGNEE/NEW LENDER:**
MORGAN STANLEY MORTGAGE LOAN TRUST
2006-16AX
5720 PREMIER PARK DRIVE
WEST PALM BEACH, FL 33407

**ASSIGNEE/NEW LENDER:**
US BANK NATIONAL ASSOCIATION AS TRUSTEE
5720 PREMIER PARK DRIVE
WEST PALM BEACH, FL 33407

When Recorded Return To:
PHH Mortgage
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR LEND AMERICA, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, all liens, and any rights due or to become due thereon to **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-16AX, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 04/13/2006, made by **ROSE MARIE SABANGAN** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LEND AMERICA, ITS SUCCESSORS AND ASSIGNS,** in the principal sum of $440,000.00 and recorded on 05/11/2006, in **CRFN # 2006000264214**, in the office of the Registry of **BRONX** County, **NY**.
Property is commonly known as: 3372 FT INDEPENDENCE ST,
BRONX, NY 10463.

This mortgage(s) has not been assigned of record.

This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

**Dated this 10th day of February in the year 2025.**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR LEND AMERICA, ITS SUCCESSORS AND ASSIGNS**

_/s/ M. Eichen_
**MACKENZIE EICHEN**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

_/s/ K. Eisele_
**KOSTADINA EISELE**
**WITNESS**

STATE OF FLORIDA    COUNTY OF PINELLAS
Before me by means of [X] physical presence or [ ] online notarization on, this 10th day of February in the year 2025, the undersigned, personally appeared Mackenzie Eichen as VICE PRESIDENT for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR LEND AMERICA, ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_/s/ Tanner Dickson_
**TANNER DICKSON**
**COMM EXPIRES: 10/01/2028**

TANNER DICKSON
Notary Public · State of Florida
Commission # HH 580094
My Comm. Expires Oct 1, 2028
Bonded through National Notary Assn.

Property ID(S/B/L) Block: 3258 Lot: 63
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)  OCWEN-NVLER
$42.00 MIN             MERS PHONE 1-888-679-6377 MERS Mailing Addresses: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2025092900230001002E0D96 |

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 4

**Document ID:** 2025092900230001  **Document Date:** 09-23-2025  **Preparation Date:** 09-29-2025
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 3

| PRESENTER: | RETURN TO: |
|---|---|
| NATIONWIDE TITLE CLEARING, LLC<br>2100 ALT 19<br>PALM HARBOR, FL 34683-2620<br>CLARISSA.COMBS-GERMANY@COVIUS.COM | PHH MORTGAGE CORPORATION<br>NATIONWIDE TITLE CLEARING LLC 2100 ALT. 19 NORTH<br>PALM HARBOR, FL 34683<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BRONX | 3258 | 63 | Entire Lot | 3372 FT INDEPENDENCE ST |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2006000264214

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| US BANK NATIONAL ASSOCIATION<br>5720 PREMIER PARK DRIVE<br>WEST PALM BEACH, FL 33407 | PHH MORTGAGE CORPORATION<br>5720 PREMIER PARK DRIVE<br>WEST PALM BEACH, FL 33407 |

### FEES AND TAXES

| Mortgage: | | | | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Filing Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   09-30-2025 16:11
City Register File No.(CRFN): 2025000266665

*City Register Official Signature*

When Recorded Return To:
PHH Mortgage Corporation
C/O Nationwide Title Clearing,
LLC 2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number ███████

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-16AX, WHOSE ADDRESS IS C/O PHH MORTGAGE CORPORATION, 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage, as the same has not been consolidated, extended or modified, with all interest secured thereby, all liens, and any rights due or to become due thereon to PHH MORTGAGE CORPORATION, WHOSE ADDRESS IS 5720 PREMIER PARK DRIVE, WEST PALM BEACH, FL 33407 (800)449-8767, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).

Said Mortgage is dated 04/13/2006, made by ROSE MARIE SABANGAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR LEND AMERICA, ITS SUCCESSORS AND ASSIGNS, in the principal sum of $440,000.00 and recorded on 05/11/2006, in **CRFN # 2006000264214** in the office of the Registry of **BRONX** County, **NEW YORK**.

Property Address: 3372 FORT INDEPENDENCE STREET, BRONX, NY 10463

See Exhibit attached for Assignments, Modifications etc.
This Assignment is not subject to the requirements of section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Dated this 19th day of September, 2025
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-16AX, by PHH MORTGAGE CORPORATION SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC, its Attorney-in-Fact (POA RECORDED: 08/24/2023 INST#: 2023000216506)

By: _____
Donna Valenzano, Senior Servicing Operations Specialist


By: _____
Witness    Kelley Earle

Property ID(S/B/L) Block: 3258 Lot: 63

Loan Number

STATE OF FLORIDA    COUNTY OF PALM BEACH

Before me by means of [X] physical presence or [ ] online notarization on, this 19th day of September, 2025, the undersigned, personally appeared Donna Valenzano as Senior Servicing Operations Specialist for PHH MORTGAGE CORPORATION SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC as Attorney-in-Fact for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUST 2006-16AX, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-16AX, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name (s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Yanique Atkinson Edwards
Notary Public - STATE OF FLORIDA
Commission expires:    JAN 2 4 2026

Notary Public State of Florida
Yanique Atkinson Edwards
My Commission
HH 219868
Exp. 1/24/2026

Property ID(S/B/L) Block: 3258 Lot: 63

Loan Number ▮▮▮▮▮

Exhibit

Assignment: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"). AS MORTGAGEE AS NOMINEE FOR LEND AMERICA, ITS SUCCESSORS AND ASSIGNS TO U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2006-16AX, Mortgage Pass-Through Certificates, Series 2006-16AX DATED 02-10-2025. REC: 02-20-2025, AS INSTRUMENT # 205000047031

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮