

PROVEST LLC  
20 CARLETON AVE, STE.2600  
CENTRAL ISLIP, NY, 11722  
(631) 666-6168

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE  
& PARTNERS, PLLC (NY)  
900 MERCHANTS CONCOURSE  
WESTBURY, NY 11590

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

INDEX # 25-CV-10507

PHH MORTGAGE CORPORATION,

                             Plaintiff,

           Against

**AFFIRMATION OF SERVICE**

**ROSE MARIE SABANGAN, ET AL**

                              Defendants,

I, Adonijah Dillard, affirm as follows:

I am not a party to this action, I am over 18 years of age and I reside in the State of **NEW YORK**.

On 1/10/2026 at 9:00 AM at 345 8th Avenue, Apartment 3J NEW YORK, NEW YORK 10001, I served the within COMPLAINT, CERTIFICATE OF MERIT, SUMMONS IN A CIVIL ACTION which contains the additional notice requirements in accordance with RPAPL§1320, along with the RPAPL 1303 notice, the title of the RPAPL notice is in bold twenty-point type, the body of the RPAPL 1303 notice is bold fourteen-point type and the RPAPL 1303 notice is printed on blue paper which color differed from the rest of the papers served which are printed on white paper bearing index# 25-CV-10507, filed 12/19/2025 on Rose Marie Sabangan, defendant therein named,

**(X) PERSONAL DELIVERY SERVICE**: By delivering thereat a true copy of each to said defendant personally. I knew said person so served to be the person described as said defendant therein because (S)He identified (her) himself to me as such.

**Description of Person Served Based Upon the Undersigned's Perception:**
**AGE:** 60-70  **RACE:** ASIAN  **GENDER:** FEMALE  **WEIGHT:** 131-150 LBS  **HEIGHT:** 5FT0IN-5FT3IN  **HAIR:** GRAY

**COMMENTS:** GLASSES

**MILITARY SERVICE** [X] I asked the person spoken to whether the defendant was in active military service of the United States or of the State of NEW YORK in any capacity whatsoever and received a **NEGATIVE** reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of NEW YORK or of the United States as that term is defined in either the State or Federal statutes. I asked the person spoken to whether Respondent was dependent on anyone in the military, and also received a negative reply

I affirm this 12 day of January 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

 

_Adonijah Dillard_  
Adonijah Dillard  
LICENSE # 2124292-DCWP