

**ROBERTSON, ANSCHUTZ, SCHNEID,**
**CRANE & PARTNERS, PLLC**
L A W   O F F I C E S

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

* Deceased
**Not Admitted to Practice in New York

# MEMO ENDORSED

April 19, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/20/26

**VIA ECF**
Magistrate Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    PHH Mortgage Corporation. v. Rose Marie Sabangan et. al
Docket No: 25-CV-10507
Joint Letter Requesting Adjournment of Conference

Dear Honorable Judge Moses:

The initial conference is scheduled for April 22, 2026. The Defendant is in the process of selling the property and has submitted a short sale application. As such, we respectfully request a 45-day adjournment of the conference to allow the review process to proceed. We will continue to update the court on the status of settlement.

We thank the court in advance for its courtesy.

Respectfully submitted,
/s/ Phionah N. Brown
BY: Phionah N. Brown. Esq.
*Attorneys for Plaintiff*
pbrown@raslg.com

CC: Rose Sabangan- via email rosesabangan@gmail.com

Application GRANTED. The Initial Case Management Conference previously scheduled for April 22, 2026 (*see* Dkt. 24) is ADJOURNED to **June 8, 2026 at 10:00 a.m.** No later than **June 1, 2026**, the parties must submit a joint letter to the Court outlining the status of settlement.
SO ORDERED.

April 20, 2026

**Barbara Moses, U.S.M.J.**