USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/5/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-against-

ROSE MARIE SABANGAN, et al.,

Defendants.

25-CV-10507 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

For the reasons discussed at today's status conference, the deadline for the completion of all fact discovery (Dkt. 31 ¶¶ 5, 6) is EXTENDED to **October 8, 2026**.

The Court will hold a status conference on **October 13, 2026, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. No later than **October 6, 2026**, the parties must submit a joint status update letter outlining the status of the short sale, the progress of discovery to date, and any further efforts to settle their dispute. If there are no significant controversies requiring judicial intervention at that time, the parties may request, in their joint status update letter, that the conference be conducted remotely.

Dated: New York, New York
August 5, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**