RAS
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
LAW OFFICES

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

* Deceased
**Not Admitted to Practice in New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/18/26

Application GRANTED. Plaintiff's deadline (*see* Dkts. 46, 49) is EXTENDED to **December 8, 2026**. No further extensions of this deadline will be granted absent exceptionally compelling circumstances, which plaintiff must explain in writing.
SO ORDERED.

November 18, 2026

**Barbara Moses, U.S.M.J.**

**VIA ECF**
Magistrate Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: PHH Mortgage Corporation. v. Rose Marie Sabangan et. al
Docket No: 25-CV-10507
Extension Request

Dear Honorable Judge Moses:

I respectfully request a final three-week extension of time to file Plaintiff's motion to amend the caption and substitute the Plaintiff. Despite our diligent efforts to move the matter forward, we are still awaiting the assignment of mortgage and a necessary supporting affidavit from our client, without which the motion cannot be properly submitted.

We sincerely apologize for the delay and appreciate the Court's patience and accommodation. Plaintiff respectfully requests this final extension so that the motion may be filed with the complete supporting documentation.

Thank you for the Court's consideration.

Respectfully submitted,
/s/ Phionah N. Brown
BY: Phionah N. Brown. Esq.
*Attorneys for Plaintiff*
pbrown@raslg.com

*CC:* Rose Sabangan- via email rosesabangan@gmail.com

**MEMO ENDORSED**